# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    Case No. **15-08857-RM3-13**

**MARGARET ELIZABETH SUHR**          Judge: **RANDAL S MASHBURN**

HEARING DATE ON OBJECTIONS
AND RELATED MOTIONS: **February 17, 2016**
TIME OF HEARING: **8:30 AM**

**SSN XXX-XX-7373**

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING
## ON CONFIRMATION AND REQUEST FOR DISMISSAL

**HEARINGS TO BE HELD AT CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN, 37203**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above styled matter for a confirmation hearing, and for cause therefore would state:

**A creditor in attendance at the meeting of creditors objected to confirmation.**

As grounds for such request, the Trustee would state:

**Insolve objects. Plan not in good faith.**

Should this Court deny confirmation, the Trustee requests this Court dismiss this case.

Respectfully Submitted,

Printed: **01/27/2016**

cc: Debtor(s)
     Debtor(s) Attorney
     Objecting Creditor

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
615-244-1101
pleadings@ch13nsh.com