Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/18/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 13 |
| Margaret Elizabeth Suhr | ) | CASE NO.: | 15-08857 |
| SSN: XXX-XX-7373 | ) | JUDGE: | ~~LUNDIN~~ MASHBURN |
| PO Box 120037 | ) | | |
| Nashville, TN 37212 | ) | | |
|     Debtor | ) | | |
| | ) | | |

**ORDER OVERRULING OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

THIS CAUSE CAME TO BE HEARD ON the 17th day of February, 2016, upon the Objection to Confirmation of the Debtor's Chapter 13 plan filed on behalf of Inland Bank and Trust/InSolve Auto Funding, LLC ("InSolve"), the Honorable Judge Randal S. Mashburn presiding. The Court found that the evidence presented did not justify the finding of bad faith on the part of the Debtor and the Chapter 13 plan can be confirmed with the secured claim of InSolve to be paid with the interest rate of 6.5%.

By reference, this Order incorporates the Court's Findings of Fact and Conclusions of Law stated orally on the record pursuant to Fed. R. Bankr. P. 7052.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Plaintiff
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.